# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Malibu Media, LLC

                        Plaintiff,

v.                                                 Case No.: 1:12–cv–07577
                                                      Honorable Marvin E. Aspen

John Does 1–62

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 16, 2012:

      MINUTE entry before Honorable Michael T. Mason: Plaintiff's Motion for Leave to Serve Third Party Subpoenas Prior to a Rule 26(f) Conference [8] is granted. Plaintiff may serve Rule 45 subpoenas on the Internet Service Providers ("ISPst;) referred to in Exhibit A to the Complaint (and the any related intermediary ISPs) in order to obtain the true name, address, telephone number, email address and Media Access Control address of the John Doe defendants to whom the ISPs issued an IP address. Plaintiff may use this information solely for purposes of pursuing its claims in this litigation. All matters relating to the referral of this case having been resolved, the referral is closed and the case is returned to the assigned judge. Judge Michael T. Mason no longer referred to the case. Mailed notice.`(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.