IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 1:12-cv-7577 |
| | : | |
| JOHN DOES 1-62, | : | |
| | : | |
| Defendants. | : | |

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL
WITH PREJUDICE OF JOHN DOE 12 ONLY**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe 12 ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice. John Doe 12 was assigned the IP Address 24.15.238.21. For the avoidance of doubt, Plaintiff is not voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe 12 has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated: December ____, 2012

        Respectfully submitted,

        By: ___/s/ *Paul J. Nicoletti*___
        Paul J. Nicoletti
        paul@nicoletti-associates.com
        Law Office of Nicoletti & Associates, PLLC
        36880 Woodward Avenue, Suite 100
        Bloomfield Hills, MI 48304
        Phone: 248-203-7800
        *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on December ____, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                                           By: /s/ *Paul J. Nicoletti*
                                                           Paul J. Nicoletti