**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1**
**Eastern Division**

Malibu Media, LLC

                            Plaintiff,

v.                                          Case No.: 1:12–cv–07577
                                                Honorable Marvin E. Aspen

John Does 1–62

                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, January 3, 2013:

      MINUTE entry before Honorable Marvin E. Aspen:Status hearing held on 1/3/2013, and continued to 4/4/2013 at 10:30 AM. Plaintiff is to file a listing of all cases filed in this district that are related to this matter by 1/17/13. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.