**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 1:12-cv-7577 |
| | : | Honorable Marvin E. Aspen |
| JOHN DOES 1-62, | : | |
| | : | |
| Defendants. | : | |

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL**
**WITH PREJUDICE OF JOHN DOES 22, 26 AND 43 ONLY**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe 22, John Doe 26 and John Doe 43 ("Defendants"). Pursuant to the settlement agreements' terms, Plaintiff hereby voluntarily dismisses Defendants from this action with prejudice. John Doe 22 was assigned the IP Address 67.163.36.234, John Doe 26 was assigned the IP Address 67.174.11.129 and John Doe 43 was assigned the IP Address 76.16.32.27. For the avoidance of doubt, Plaintiff is not voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendants John Doe 22, John Doe 26 and John Doe 43 have neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated: January ____, 2013

Respectfully submitted,

By: ___/s/ *Paul J. Nicoletti*___
Paul J. Nicoletti
paul@nicoletti-associates.com
Law Office of Nicoletti & Associates, PLLC
36880 Woodward Avenue, Suite 100
Bloomfield Hills, MI 48304
Phone: 248-203-7800

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

  I hereby certify that on January ____, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

              By: /s/ *Paul J. Nicoletti*
              Paul J. Nicoletti