UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JAN X 2 2012
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Plaintiff(s) Malibu Media, LLC

Case No. 1:12-cv-07577

V.

Defendant(s) John does 1-62 (44)

please see attached

Cheng Li
1/2/2013

**Civil Action No. 1:12-cv-07577**

Answer to **Subpoena to produce documents, information, or objects or to permit inspection or premises in a civil action.**

This serves to quash the subpoena or objection to the subpoena, as I did not allegedly infringe Malibu Medial, llC's copyrights on the internet by uploading or downloading a movie without permission using a device assigned the IP address 76.29.120.251 on 07/27/2012 00:25 GMT.

I have never bought or downloaded US made movies because of language barriers.
To make sure that this was not even done unknowingly, I searched my computers for files created between 07/27/2012 and 07/28/2012, no such media files were found.

My Comcast ISP internet service does not need a password, and it is possible for it to be hijacked by others within access range.

All my computers are available for further inspection and investigation if needed.

Comcast internet service subscriber
*Chengli Li* (signature)
Chengling Li
14715 Independence Drive
Plainfield, IL 60544
12/31/2012

**FILED**

JAN X 2 2013

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Malibu Media, LLC
Plaintiff(s)

CASE No. 1:12-cv-07577

vs.

JUDGE: _____

John does (1-62) 4L
Defendant(s)

PROOF OF SERVICE

TO: Comcast
650 Centerton Road
Moorestown, NJ 08057

TO: _____

I, the undersigned (plaintiff/defendant), certify that on the 2nd day of January 20 13 I served a copy of this motion and answer to each person whom it is directed by way of Fax.

Signature Cheng Li
Name Chengling Li
Address 14715 Independence Dr
City/Zip Plainfield, IL 60544
Telephone 630-362-9961