IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff | ) No. 12 cv 07577 |
| vs | ) Judge Aspen |
| JOHN DOES 1 - 62 | ) |
| Defendants | ) |

## **LIST OF CASES**

Malibu Media, LLC, by one of its attorneys, files this list of its cases currently pending in the Northern District of Illinois, Eastern Division in accordance with this Court's order dated January 3, 2013.

Malibu Media, LLC v. Does 1-7, Case No. 1:12-cv-04669;

Malibu Media, LLC v. Does 1-50, Case No. 1:12-cv-04676;

Malibu Media, LLC v. Does 1-55, Case No. 1:12-cv-04680;

Malibu Media, LLC v. John Does 1-17, Case No. 1:12-cv-06672;

Malibu Media, LLC v. John Does 1-23, Case No. 1:12-cv-06673;

Malibu Media, LLC v. John Does 1-37, Case No. 1:12-cv-06674;

Malibu Media, LLC v. John Does 1-68, Case No. 1:12-cv-06675;

Malibu Media, LLC v. John Does 1-49, Case No. 1:12-cv-06676     ;

Malibu Media, LLC v. John Does 1-42, Case No. 1:12-cv-06677;

Malibu Media, LLC v. Bochnak, Case No. 1:12-cv-07030;

Malibu Media, LLC v. John Does 1-62, Case No. 1:12-cv-07577;

Malibu Media, LLC v. John Does 1-25, Case No. 1:12-cv-07578;

Malibu Media, LLC v. John Does 1-23, Case No. 1:12-cv-07579;

Malibu Media, LLC v. John Does 1-8, Case No. 1:12-cv-08904;

Malibu Media, LLC vs. Does 1-8, Case No. 1:12-cv-08938    ;

Malibu Media, LLC vs. Does 1 - 9, Case No. 1:12-cv-08939;

Malibu Media, LLC v. John Does 1 - 33, Case No. 1:12-cv-08940    ;

Malibu Media, LLC v. Does 1-21, Case No. 1:12-cv-09656    ;

Malibu Media, LLC v. Does 1-13, Case No. 1:12-cv-09719    ;

Malibu Media, LLC v. Does, 1-23, Case No. 1:12-cv-09724; and

Malibu Media, LLC v. Does, 1-23, Case No. 1:12-cv-09727.

          Respectfully submitted,
          SCHULZ LAW, P.C.

          By:  /s/Mary K. Schulz
          Mary K. Schulz, Esq. 6183773
          1144 E. State Street, Suite A260
          Geneva, Il 60134
          Tel:  (224) 535-9510
          Fax:  (224) 535-9501
          Email:  schulzlaw@me.com
          Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

    I, the undersigned attorney, certify that on January 7, 2013 I electronically filed the foregoing **List of Cases** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all entitled to notice.

           /s/Mary K. Schulz
          Mary K. Schulz