**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1**
**Eastern Division**

Malibu Media, LLC

                              Plaintiff,

v.                                                  Case No.: 1:12−cv−07577
                                                      Honorable Marvin E. Aspen

John Does 1−62, et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, January 9, 2013:

      MINUTE entry before Honorable Marvin E. Aspen: Combined motion (21) to quash and for protective order pursuant to FRCP 45 and 26, or in the alternative to sever for improper joinder is referred to Magistrate Judge Mason. The motion hearing scheduled for 1/17/13 is stricken. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.