IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 1:12-cv-7577 |
| | : | |
| JOHN DOES 1-62, | : | Judge Marvin E. Aspen |
| | : | |
| Defendants. | : | |

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL
WITH PREJUDICE OF JOHN DOE 59 ONLY**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe 59 ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice. John Doe 59 was assigned the IP Address 64.53.191.178. For the avoidance of doubt, Plaintiff is not voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe 59 has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated: January ____, 2013

                                                    Respectfully submitted,

                                                    By: ___/s/ *Paul J. Nicoletti*_____
                                                    Paul J. Nicoletti
                                                    paul@nicoletti-associates.com
                                                    Law Office of Nicoletti & Associates, PLLC
                                                    36880 Woodward Avenue, Suite 100
                                                    Bloomfield Hills, MI 48304
                                                    Phone: 248-203-7800
                                                    *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on January \_\_\_\_, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                                       By: /s/ *Paul J. Nicoletti*
                                                       Paul J. Nicoletti